**IN RE GREEN MOUNTAIN POWER CORPORATION Rate Filing of October 11, 1979, No. 214-80**

September 19, 1980. Appellee's

motion to strike a part of the printed case will be heard at the time of oral argument.

Daley, J.